AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 8:25-MJ-3466-AEP |
| Jeremiah Kelsene Smith | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____ April 30, 2025 _____ in the county of _____ Sarasota _____ in the
____ Middle ____ District of ____ Florida ____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) | Attempted production of child pornography |

This criminal complaint is based on these facts:

See attached Affidavit

☐ Continued on the attached sheet.

_____
*Complainant's signature*

Michael R. Goodhue, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: 11/12/25
_____

City and state: _____ Tampa, FL _____

_____
*Judge's signature*

ANTHONY E. PORCELLI, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Michael R. Goodhue, being duly sworn, deposes state as follows:

1.    I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since September 2008.  I am presently assigned to the Sarasota Resident Agency's Suncoast Child Exploitation and Human Trafficking Task Force. In this capacity, I am responsible for conducting criminal investigations of statutes contained in Title 18 of the United States Code, including crimes related to child sex trafficking, child pornography and the sexual exploitation of children, among other violations of federal law.

2.    From March 2009 to the present, I have worked crimes against children violations in various capacities in the Philadelphia Division, FBI Headquarters Violent Crimes Against Children Unit, Miami, and the Tampa Division.  I have participated in investigations of persons suspected of violating federal child pornography and child sex trafficking laws, including 18 U.S.C. §§ 2251, 2252, 2422, 2423 and 1591. These investigations have included the use of surveillance techniques, the interviewing of subjects and witnesses, and the planning and execution of arrest, search, and seizure warrants. In the course of these investigations, I have reviewed images and videos containing child pornography and images depicting minor children engaged in sexually explicit conduct on various forms of electronic media including computers, digital cameras, and wireless telephones, and have discussed and reviewed these materials with other law

enforcement officers. I have also received and provided training on crimes against children matters at various conferences and venues.

3.      This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Jeremiah Kelsene Smith ("SMITH"). This affidavit sets forth facts sufficient to establish probable cause to believe that SMITH has committed a violation of 18 U.S.C. § 2251(a) (attempted production of child pornography).

4.      The facts contained in this affidavit are drawn from personal knowledge based on my participation in this investigation, information from other criminal investigators, information from law-enforcement officers, information from agency reports, and the review of documents provided to me by witnesses and by law-enforcement officers. Because this affidavit is being submitted for the limited purpose of seeking authorization to arrest SMITH, I have not set forth each and every fact learned during the course of this investigation.

## BACKGROUND ON THE INVESTIGATION

5.      On October 28, 2025, the Sarasota County Sheriff's Office (SCSO) requested the assistance of the FBI Tampa, Sarasota Resident Agency to open an investigation into the production of child pornography involving a minor aged male victim (MV), who resides in Sarasota, Florida, in the Middle District of Florida. SMITH, who is approximately 48 years old and resides in Anchorage, Alaska,

engaged in an online relationship with the MV, to include the exchange of nude pictures and/or videos.

## **PROBABLE CAUSE**

6.     In early January of 2025, SCSO Internet Crimes Against Children (ICAC) Detective Leavitt was assigned two related CyberTips from the National Center for Missing and Exploited Children (NCMEC). These CyberTips contained suspected child sexual abuse material (CSAM) of a minor aged boy. These files were uploaded to the social media platform Snapchat in late November 2024.

7.     On January 3, 2025, SCSO submitted a subpoena to Frontier Communications for the subscriber information of the IP address utilized to access Snapchat according to the CyberTips, which resolved to a residence in Sarasota, Florida.

8.     On February 9, 2025, Detective Leavitt made contact with the listed subscriber received from Frontier Communications, MV's mother, who agreed to meet with the Detective and brought MV in to be interviewed.  However, MV did not disclose an online relationship at this time, and was warned by Detective Leavitt of the dangers of the internet. MV's mother was advised to reach back out to SCSO if she was suspicious of any further internet activity by the MV.

9.     On May 7, 2025, a private investigator who represented MV's mother reached out to the SCSO to advise MV was sending nude images to an adult male in exchange for DoorDash and other deliveries.

10.    On May 8, 2025, MV and his mother met with Detective Leavitt at the SCSO headquarters for an interview. MV disclosed he met a male with the username "Jeremiah S" (**SMITH**) on Snapchat in approximately early April of 2025. **SMITH** used the "quick add" function on Snapchat and sent a direct message to MV. MV told **SMITH** his first and last name, and relayed his age was 15 years old, prior to the exchange of any nude pictures. **SMITH** did not tell MV how old he was, but said he lived in Alaska. **SMITH** also told MV he was previously divorced three times and had a son.

11.    **SMITH** told MV during these initial online conversations "I can give you gifts." MV thought **SMITH** was just being a nice person. **SMITH** sent MV an Amazon gift card, which was transmitted with a picture of the card, and also sent the corresponding code to access the funds. **SMITH** did not ask MV for anything in return after sending the first gift card. However, **SMITH** later asked for nude pictures in exchange for additional gift cards or DoorDash items. MV believes he sent nude pictures to **SMITH** on approximately three or four separate occasions, and **SMITH** sent nude photos to him approximately four times. MV believes **SMITH** sent approximately four or five gifts to MV in exchange for nude pictures. MV transmitted these pictures to **SMITH** while he was located at his home or high school, which are both located in the Middle District of Florida, and typically utilized Snapchat or Instagram to communicate with **SMITH**.

4

12.    MV's mother provided consent for SCSO to search two cellular devices she recovered that were in possession of MV. One of these devices was a Motorola Moto G 5G with an IMEI of 359305409253762. SCSO forensically processed this device and Detective Leavitt reviewed for evidence related to this investigation.

13.    I have reviewed the digital evidence from this cellular device and located chat communications between a Snapchat account utilized by MV and the username "jrmhsmth2017" with a display name of "Jeremy" (**SMITH**). The approximate timeframe of these communications was between April 22, 2025, through May 9, 2025. It should be noted, there appear to be multiple deleted messages and pictures throughout the chat history which were unable to be recovered by the forensic software utilized by SCSO.

14.    Excerpts of relevant Snapchat communications and transfer of pictures on April 26, 2025, through April 27, 2025, are as follows:

**SMITH**:    4/26/2025, 12:31AM (UTC -4) [A picture of an Amazon gift card was sent to MV, with the caption "Just because I can."]

**SMITH**:    4/26/2025, 12:03PM (UTC-4) [A selfie style picture of an adult male, approximate age 40 to 50 years old, wearing a gold-colored hat and blue and gray camouflaged hooded shirt.] It should be noted, the adult male in this picture appears to be a visual match to the Alaska Driver License #7587971 of **SMITH**.

**SMITH**:    4/27/2025, 12:09AM (UTC-4) "I love you"

5

**MV:**        4/27/2025, 12:15AM (UTC-4) "I love you to bby"

15.        On April 30, 2025, MV sent a picture to **SMITH** while he was lying in bed, fully nude from his torso down, and holding his erect penis in his hand. MV then sends multiple other non-nude pictures of his face to **SMITH**.

16.        **SMITH** responds to the above-mentioned pictures sent, with "I will be here till you fall asleep".

17.        I reviewed additional evidence located on the cellular device utilized by the MV and identified a video file ending in the name 9633ee0, and a file path consistent with the use of Snapchat. This video is approximately one minute and 30 seconds in length and depicts an adult male wearing a white t-shirt, while laying on a bed, nude from the waist down. This adult male is masturbating his erect penis and can be heard moaning the name of the MV while he masturbated and eventually ejaculated on himself.

18.        On May 4, 2025, **SMITH** provided his email account as Jrmhsmth2014@gmail.com to MV and sent MV a picture which shows a DoorDash driver arriving soon from Taco Bell, to the area of a Publix Supermarket in Sarasota, Florida in the vicinity of US 41 and Proctor Road.  MV responded shortly thereafter by sending a picture to **SMITH** of himself drinking from a Taco Bell cup.

19.        On May 16, 2025, SCSO submitted a subpoena to DoorDash, Inc (DoorDash). for any and all records and transactions for accounts, as well as IP logs

6

Case 8:25-mj-03466-AEP    Document 1    Filed 11/12/25    Page 8 of 9 PageID 8

and addresses associated with the DoorDash account with email address Jrmhsmth2014@gmail.com and other identifying information of **SMITH**.

20.    DoorDash provided a response, which included approximately 10 transactions of purchases made by customer Jeremiah **SMITH**, with the email address Jrmhsmth2014@gmail.com, and the phone number ending in -4767. One of these transactions match the DoorDash purchase mentioned in paragraph 14.

21.    There were six additional DoorDash purchases which were delivered to the residence of MV and purchased by **SMITH**, to include Walgreens, DashMart, McDonalds, and 7-Eleven.

22.    There were two DoorDash purchases made with the same account, dated February 2, 2025, and February 4, 2025, which were purchased by **SMITH** and were delivered to 8441 Berry Patch Drive, Anchorage, Alaska.

23.    I conducted an open-source database search of properties on the Municipality of Anchorage, Alaska website, and identified the residence at 8441 Berry Patch Drive, Anchorage, Alaska is currently owned by **SMITH**.

24.    Members of FBI Anchorage provided me with a police report obtained from the Anchorage Police Department dated October 20, 2014. The report documented a complaint made by **SMITH**'s ex-wife, who suspected **SMITH** was cheating on her. She searched **SMITH**'s computer and found a video of a nude male between the approximate age of 11 and 13 years old. **SMITH**'s ex-wife confronted **SMITH** about what she found, and stated **SMITH** confessed to her that he has been

7

looking at child pornography since approximately 2004 or 2005.  **SMITH** was later approached for an interview, and he did not provide a statement and directed the interviewers to speak with his attorney. The case was closed without charges.

## CONCLUSION

25.    Based on the foregoing, there is probable cause to believe that **SMITH** committed a violation of 18 U.S.C. § 2251(a) (attempted production of child pornography) and I respectfully request this Court issue an arrest warrant for **SMITH**.

Michael R. Goodhue, Special Agent
Federal Bureau of Investigation

Sworn to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 and 41(d)(3) via telephone this _12_ day of November, 2025.

ANTHONY E. PORCELLI
United States Magistrate Judge

8